UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SELINA DRAYTON,

                 Plaintiff,

      -against-

CVS ALBANY, LLC,

                 Defendant.
-------------------------------------------------------------X

23-CV-00176 (JPC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2024

**SARAH NETBURN, United States Magistrate Judge:**

On February 12, 2024, the parties informed the Court that they have reached a settlement and were ordered to file a stipulation of dismissal within 60 days. On April 16, 2024, the Court granted the parties' request to extend the deadline to file by another 30 days. To date, the parties have not filed the stipulation. The parties are directed to file a stipulation of dismissal by May 31, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 29, 2024
                New York, New York